

CITY OF DETROIT
MAYOR'S OFFICE

COLEMAN A. YOUNG MUNICIPAL CENTER
2 Woodward Avenue, Suite 1126
Detroit, Michigan 48226
Phone: 313-224-3400
Fax: 313-224-4128
www.detroitmi.gov

May 12, 2009

Ms. Pamela Turner
16726 Edinborough
Detroit, MI 48219

Dear Ms. Turner:

    It gives me great pleasure to reappoint you to the position of Interim Director in the Water & Sewerage Department effective May 12, 2009. You will be compensated with an annual salary of $155,002.00.

    Feel free to contact Darchelle Strickland Love on my staff, (313-224-0766), if you have any questions.

Respectfully,

Dave Bing
Mayor