

CITY OF DETROIT
MAYOR'S OFFICE

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE., SUITE 1126
DETROIT, MICHIGAN 48226
PHONE: 313-224-3400
FAX: 313-224-4128
WWW.DETROITMI.GOV

December 21, 2009

Pamela Turner
16726 Edinborough
Detroit, Michigan 48219

Dear Ms. Turner:

It gives me great pleasure to appoint you to the position of Director with the Detroit Water & Sewerage Department effective January 4, 2010. You will be compensated with an annual salary of $155,002.00.

If you have any questions, please feel free to contact Shannon Holmes, Group Executive, Human Resources at (313) 224-3400.

Respectfully,

Dave Bing
Mayor

DB:SAH:alr

CC: Terry King, Group Executive, Operations
Shannon Holmes, Group Executive, Human Resources
✓Payroll

000016