UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PAMELA WILLIS TURNER,

    Plaintiff,

vs.

    Case No.: 11-cv-12961-JAC-MAR
    Honorable Julian Abele Cook
    Magistrate Judge Mark A. Randon

CITY OF DETROIT,

    Defendant.
_____/

## PLAINTIFF'S RENOTICE OF TAKING DEPOSITION DUCES TECUM

To:    Valerie A. Colbert-Osamuede, Esq.
       June Adams, Esq.

**PLEASE TAKE NOTICE THAT,** pursuant to Federal Rule of Civil Procedure 45, Plaintiff, Pamela W. Turner, by her counselors, Edwards & Jennings, P.C., by Alice B. Jennings, and I.A.B. Attorneys at Law, PLLC, by Felicia Duncan Brock shall take the deposition of **MAYOR DAVE BING on Tuesday, March 27, 2012** beginning at **10:00 a.m., at the law offices of Edwards & Jennings, P.C., 65 Cadillac Square, Cadillac Tower Building, Suite, 2710, Detroit, Michigan 48226.**

The deposition shall continue from day to day until concluded, within the parameters of Rule 30, and shall be recorded by stenographic means.

## THE DEPONENT IS DIRECTED TO PRODUCE THE FOLLOWING DOCUMENTS:

    1.    Any and all of Defendant, City of Detroit's documents regarding Plaintiff's appointment by Mayor Dave Bing as Director of the Water and Sewage Department.

    2.    Any and all documents regarding Plaintiff Turner's pay as the Director of the Water and Sewage Department.

3. Any and all of Defendant, City of Detroit's documents showing salary payments of former Director of the City of Detroit, Water and Sewage Department, Victor Marcado, from his date of hire until his last day of work.

4. Any and all of Defendant, City of Detroit's documents showing salary payments of former Director of the City of Detroit, Water and Sewage Department, Anthony Adams, from his date of hire until his last day of work.

5. Any and all of Defendant, City of Detroit's documents regarding its hiring of contractor to search for a Director of the City of Detroit's Water and Sewage Department from January 1, 2001 until present.

6. Any and all handwritten or computer generated notes, summarizing your discussions with Plaintiff, Pamela Turner regarding her pay as the Director of Defendant, City of Detroit's Water and Sewage Department.

7. Any and all of Defendant, City of Detroit discipline, if any, received by Plaintiff, Pamela Turner from her time of hire until her last day of work.

8. Defendant's white book for Director of the Water and Sewage Department from January 1, 2001 to present.

9. Any and all of Defendant's selection documents, emails, offers and salary contracts for the appointment of Sue McCormick for the position of Director of the City of Detroit, Water and Sewage Department.

10. Any and all posting or advertisements for the position of the Defendant, City of Detroit, Water and Sewage Department.

EDWARDS & JENNINGS, P.C.

By: _____
Alice B. Jennings (P29064)
Attorney for Plaintiff
65 Cadillac Square, Suite 2710
Detroit, Michigan 48226
(313) 961-5000
ajennings@edwardsjennings.com

Dated: March 7, 2012

## CERTIFICATE OF SERVICE

I, certify that a copy of Plaintiff's Renotice of Taking Deposition Duces Tecum was served upon the attorneys of record of all parties to the above cause via first class mail on March 8, 2012.

_____
C. Clay

3