UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA WILLIS TURNER,

       Plaintiff,                         CIVIL ACTION NO. 11-12961

       v.                                 DISTRICT JUDGE JULIAN ABELE COOK

CITY OF DETROIT,                MAGISTRATE JUDGE MARK A. RANDON

       Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR PROTECTIVE ORDER (DKT. NO. 19)

This matter is before the Court on Defendant's motion for protective order to prevent the deposition of Mayor Dave Bing (Dkt. No. 19). The Court has reviewed the motion and response; oral argument was held on April 5, 2012. Being otherwise fully advised,

**IT IS ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that before Mayor Bing may be deposed, Plaintiff must first direct specific interrogatories to the Mayor on issues that would be raised at deposition. After receiving and reviewing responses to those interrogatories, Plaintiff may depose the Mayor at his convenience – for a maximum of two hours – <u>if</u> she still deems his deposition necessary.

                                                          *s/Mark A. Randon*
                                                          Mark A. Randon
                                                          United States Magistrate Judge

Dated: April 6, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, April 6, 2012, electronically.*

                                                          *s/Melody R. Miles*
                                                          *Case Manager to Magistrate Judge Mark A. Randon*
                                                          *(313) 234-5542*