UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA WILLIS TURNER,

      Plaintiff,                CIVIL ACTION NO. 11-12961

    v.                           DISTRICT JUDGE JULIAN ABELE COOK

CITY OF DETROIT,            MAGISTRATE JUDGE MARK A. RANDON

      Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF MAYOR DAVE BING AND FOR SANCTIONS (DKT. NO. 33)

This matter is before the Court on Plaintiff's Motion to Compel Deposition of Mayor Dave Bing and for Sanctions. (Dkt. No. 33). Defense counsel did not respond to Plaintiff's motion. Oral argument was heard on September 13, 2012, and defense counsel failed to appear.

The Court **GRANTS** Plaintiff's motion. Defendant must produce Mayor Bing for a deposition within 14 days of this Order for a maximum of two hours. The Court also awards Plaintiff $1,200.00 in sanctions that must be paid within 14 day of this Order.

    **IT IS ORDERED**.

                                              s/Mark A. Randon
                                              Mark A. Randon
                                              United States Magistrate Judge

Dated: September 13, 2012

                                            *Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 13, 2012, by electronic and/or ordinary mail.*

                                              *s/Melody R. Miles*
                                              *Case Manager to Magistrate Judge Mark A. Randon*
                                              *(313) 234-5540*