UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA WILLIS TURNER,

        Plaintiff,                       CIVIL ACTION NO. 11-12961

vs.                                     DISTRICT JUDGE JULIAN ABELE COOK

CITY OF DETROIT,              MAGISTRATE JUDGE MARK A. RANDON

        Defendant.
_____/

**ORDER GRANTING THE CITY OF DETROIT'S MOTION ON INITIAL DISCLOSURES AND WITNESS LIST PRODUCTION (DKT. NO. 60)**

This matter is before the Court on Defendant City of Detroit's Motion to Allow Disclosures Made in Answers to Interrogatories and Depositions to serve as Defendant's Initial Disclosures and Witness List (Dkt. No. 60). Plaintiff has not responded to the motion; the time to respond has passed. *See*, E.D. Mich. LR 7.1(e)(2)(B). A hearing on the motion is unnecessary.

Having reviewed the motion, for the reasons stated in the City of Detroit's brief, the motion is **GRANTED**.

        IT IS SO ORDERED.

                                                        s/Mark A. Randon
                                                        Mark A. Randon
                                                        United States Magistrate Judge

Dated: November 16, 2012

                                                    *Certificate of Service*

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, November 16, 2012, by electronic and/or ordinary mail.

                                                    *s/Melody R. Miles*
                                                    *Case Manager to Magistrate Judge Mark A. Randon*
                                                    *(313) 234-5540*