UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA WILLIS TURNER,

       Plaintiff,

v.

       Case No. 11-12961

CITY OF DETROIT,       Honorable Julian Abele Cook, Jr.

       Defendant.

## ORDER

On September 28, 2012, the Plaintiff in this case filed a motion for sanctions and entry of default. (ECF 44). This motion was referred to Magistrate Judge Mark A. Randon. On October 19, 2012, Magistrate Judge Randon filed a report and recommendation in which he recommended that the Plaintiff's motion be denied. (ECF 59). As of this date, neither party has expressed any objections to Magistrate Judge Randon's report and recommendation. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety

     IT IS SO ORDERED.

Date: December 20, 2012       s/Julian Abele Cook, Jr.
       JULIAN ABELE COOK, JR.
       U.S. District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 20, 2012.

s/ Kay Doaks
Case Manager
